IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARNELL R. MAY,**                                                                                    **PLAINTIFF**

v.                                Case No. 4:19-cv-00255-KGB-JTK

**ERIG HIGGINS,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Parnell R. May's complaint and amended complaint are dismissed (Dkt. Nos. 2, 6). The relief requested is denied.

It is so adjudged this 27th day of May, 2021.

_____
Kristine G. Baker
United States District Judge